**Appeal Dismissed and Memorandum Opinion filed September 2, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00772-CR

## EX PARTE DONTE JAVARY JONES

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1691811**

## MEMORANDUM OPINION

The record currently before this court does not establish our jurisdiction over this appeal. There is no appealable order in trial court cause number 1691811.

On August 3, 2021, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).